September 26, 2008

Ms. Susan Desmarais Bonnen
Office of the Attorney General of Texas
Post Office Box 12548
Austin, TX 78711-2548
Mr. Philip E. McCleery
Sheehy Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, TX 76710

RE: Case Number: 07-0548
 Court of Appeals Number: 10-06-00136-CV
 Trial Court Number: 20040931CV1

Style: THE STATE OF TEXAS
 v.
 DAWMAR PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP, AND HOWARD WAYNE
 GRUETZNER AND BEVERLY ANN GRUETZNER (A/K/A BEVERLY G. SHAW), CO-
 INDEPENDENT EXECUTORS OF THE ESTATE OF MARTHA LILLIAN ATTAWAY
 GRUETZNER (A/K/A MARTHA LILLIAN ATTAWAY GRUETSNER)

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Karen Matkin|